**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 18, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

NEW MEXICO ENVIRONMENT
DEPARTMENT; JAMES KENNEY,
Secretary, in his official capacity,

    Defendants - Appellees.

No. 22-2132
(D.C. No. 2:19-CV-00046-KG-SMV)
(D. N.M.)

_____

## ORDER
_____

Before **HOLMES**, Chief Judge, **MURPHY**, and **McHUGH**, Circuit Judges.
_____

This matter is before the court *sua sponte* to direct supplemental briefing. On April 8, 2025, New Mexico Governor Michelle Lujan Grisham signed into law House Bill 140. This Bill, *inter alia*, amends N.M. Stat. Ann. § 74-4-3 so that the term "hazardous waste" specifically includes "discarded aqueous film-forming foam containing intentionally added per- or polyfluoroalkyl Substances." Pursuant to the provisions of N.M. Const. art. IV, § 23, it appears the provisions of House Bill 140 will become effective on June 20, 2025. The parties are hereby ordered to file simultaneous supplemental briefs addressing whether, upon its effective date, House Bill 140 will have any impact on this appeal, specifically including the issue of justiciability.

The parties' simultaneous supplemental briefs, which may be no longer than 10 pages in a 13- or 14-point font, shall be filed within 14 days of the date of this order. Optional supplemental response briefs, which shall not exceed 10 pages in a 13- or 14-point font, may be filed within seven days of the filing of any supplemental brief. The briefs need not comply with the content requirements of Fed. R. App. P. 28(a), but they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk