CIRCUIT MEDIATION OFFICE
UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

March 21, 2024

Allen M. Brabender, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC  20044

William G. Grantham, Esq.
New Mexico Attorney General's Office
201 Third Street NW, Suite 300
Albuquerque, NM  87102

RE: No. 22-2132 – United States of America v. New Mexico Environment Department, et al.

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant=s brief and the appendix is extended to **June 28, 2024**.

Sincerely,

David W. Aemmer

DWA:dm